UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Valerie Chavez, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>      v.<br><br>Convergent Outsourcing, Inc.,<br><br>         Defendant. | Case No: 2:21-cv-18120<br><br>**NOTICE OF SETTLEMENT** |

  NOW COMES Plaintiff, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

  1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

  2. The parties respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

DATED: March 29, 2022

                **BARSHAY, RIZZO & LOPEZ, PLLC**

                By: s/ *Todd D. Muhlstock*
                Todd D. Muhlstock, Esquire
                445 Broadhollow Road | Suite CL18
                Melville, New York 11747
                Tel: (631) 210-7272
                Fax: (516) 706-5055
                Our File No.: BRL21360
                *Attorneys for Plaintiff*